FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

DAWSON
_____
(Last Name)                (Identification Number)

MAurice
_____
(First Name)                (Middle Name)

East Mississippi Correctional Facility
_____
(Institution)

10641 Hwy 80 west Meridian MS 39307
_____
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

V.

E.M.C.F
_____

_____

_____

_____

*(Enter above the full name of the defendant or defendants in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

CIVIL ACTION NUMBER: 3:14cv 798-CWR-FFB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING:**
> **The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A.   Have you ever filed any other lawsuits in a court of the United States?        Yes ( ✓ )  No ( )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.   Parties to the action: Wedgeworth   INV Rice / Alexender

2.   Court (if federal court, name the district; if state court, name the county): Lauderdale County

3.   Docket Number: _____

4.   Name of judge to whom case was assigned: Robert W. Bailey

5.   Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Dismissed

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: _MAurice DAwson_      Prisoner Number: _m3508_

Address: _East mississippi Correctional facility 10641 Hwy 80 west_

_Meridian, ms 39307_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _Sgt westmore_ _____ is employed as

_Sgt_ _____ at _East mississippi correctional_

_facility_

**The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:**

PLAINTIFF:

NAME:                                    ADDRESS:
_mAurice DAwson_                         _EmcF_


DEFENDANT(S):

NAME:                                    ADDRESS:
_ofa sims_                               _EmcF_
_Sgt westmore_                           _EmcF_
_Nurse Jane Doe_                         _EmcF_
_Nurse Wilson_                           _EmcF_

# GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ )   No (   )

B.  Are you presently incarcerated for a parole or probation violation?

Yes ( ✓ )   No (   )

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No (   ), if so, state the results of the procedure: _No Medical service has yet to be did in restoring vision to right eye. on second second step ARP They said something about change_

F.  If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
Yes (   )  No (   )

2.  State how your claims were presented (written request, verbal request, request for forms): _____

_____

_____

3.  State the date your claims were presented: _____

4.  State the result of the procedure: _____

_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

(1) On 9-23-13 2100 pill call Nurse Jane Doe (who's Name were hard to get, because of Being house behind Doors on Unit 6, And Due to being Unprofession in ~~Service~~ Services in provide Name which is on Neck badge That's ture Around backward). Inform Sgt westmore to bring me up to Infirmary for right eye to be flush And Rec'd medical attention. Sgt westmore refuse. I Then made several attempts by repeatly Informing Sgt westmore about me eye Needing Medical attention which he was aware of. This action result in impairment of my right eye, Which arose from being assault by another Inmate.

(2) prior To 9-22-13 Nurse wilson also Inform ofc sims. On 9-24-13 0900 pill call Nurse Jane Doe (who's Name has been withheld due to not been able to retrieve off badge etc) gave order to ofc. sims to bring me up to Infirmary for my right eye to be flush. ofc. sims refuse Intentionly even after repeatly scream of Needing Medical attention which he were full aware of which result in impairment of right eye. "see Above caption As to bottom"

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

(1) restore vision to right Through Surgery (2) Seeking Compensation (monetary)
(3) Seeking Disciplinary Action To The fullest of All parties

Signed this 7 day of Oct, 20 14.

Maurice Dawson #M3508 East Mississippi Correctional Facility 10641 Hwy 80 west Meridian MS 39307
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

10-7-14
(Date)

Maurice Dawson
Signature of plaintiff

"ATTachment sheet"

Statement Of Claim

III

③

Nurse Jane Doe (which Name is Intentionly withheld purposely, Upon Asking To see badge. you are Refuse badge Around neck or turn backward ) did Refuse To Bring Needed Medication Back. She did have Knowledge of Meds being Available. I did Inform security on duty After execcessive time elasp without rec'd any said Meds. No Action were taken At This point by Above Nurse or Security staff. Note: This is ongoing

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | | | Case Year | | Docket Number |
|---|---|---|---|---|---|

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|

| Month | Date | Year |
|---|---|---|

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

| In the | Court of | County — | Judicial District |
|---|---|---|---|

**Origin of Suit** (Place an "X" in one box only)

- [✓] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Dawson / Maurice / N/A / /
| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** N/A
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** 10641 Hwy 80 West Meridian, MS 39307

**Attorney (Name & Address)** ~~10641 Hwy 80 West Meridian MS 39307~~     MS Bar No. _____

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual** Westmore / / / /
| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_X_ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency EMcF - Security

**Business** Management Training Corporation
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known**     MS Bar No. _____

**Damages Sought:**  Compensatory $ 300,000   Punitive $ 300,000   ___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [✓] Other Judicial Review | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [ ] Other |

IN THE _____ COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____
  File Yr            Chronological No.    Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: _Sims_____  _____  ( _____ ) _____  _____
              Last Name        First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _EmCF - Security_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _Wilson_____  _____  ( _____ ) _____  _____
              Last Name        First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _EmCF - Nurse Staff_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _Jane Doe_____  _Jane Doe_____  ( _____ ) _____  _____
              Last Name           First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _EmCF - Nurse Staff_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE _____ COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____

File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

Individual: _____ _____ (_____) _____ _____

Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____ _____ (_____) _____ _____

Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____ _____ (_____) _____ _____

Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE _____ COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____  _____   Docket No. If Filed
          File Yr       Chronological No.    Clerk's Local ID   Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE - Page___ of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # ___ :**

Individual: _____  _____  ( _____ ) _____ _____
           Last Name       First Name      Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

Individual: _____  _____  ( _____ ) _____ _____
           Last Name       First Name      Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

Individual: _____  _____  ( _____ ) _____ _____
           Last Name       First Name      Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE_____COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____   _____        Docket No. If Filed
    File Yr        Chronological No.        Clerk's Local ID              Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                    Last Name          First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                    Last Name          First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                    Last Name          First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## CHILD SUPPORT INFORMATION SHEET

### Please include all information known

IN THE _____ COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____       Docket No. If Filed
     File Yr     Chronological No.    Clerk's Local ID     Prior to 1/1/94_____

**Father:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                   Phone #       Drivers License #

Employer Name and Address: _____ (_____)_____
                                                    Employer Phone #

**Mother:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                     Phone #       Drivers License #

Employer Name and Address: _____ (_____)_____
                                                    Employer Phone #

**Child:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                     Phone #

**Child:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                     Phone #

**Child:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                     Phone #

**Child:** _____
     Last     First     M/I   Jr/Sr etc.    Date of Birth    Social Security #

Address: _____ (_____)_____
                                     Phone #

*FOR ADDITIONAL CHILDREN, PLEASE ATTACH ADDITIONAL FORMS*

MANDATED PURSUANT TO:
**Federal Social Security Act Title IV-D,**
**§§ 454(26)(A) and 454A(e)(4);**
**Miss. Code Ann. §43-19-31(l)(iii) (Supp. 1999)**

**Information will be sent to the**
**ADMINISTRATIVE OFFICE OF COURTS AND**
**MDHS CHILD SUPPORT ENFORCEMENT DIVISION**

Exhibit #1

E.M.C.F.

ARP

This is A Request For Administrative Remedy

Date of Incident 9-24-13
Time of Incident @ 0900 pill call
Place of Incident H46

MAURICE DAWSON    M3508    H46

Alleged complaint [refuse medical services]

Nurse Jane Doe inform and gave medical order to officers sims, to bring me up to infirmary
For right eye to be Flush, due to been assault, he did act intentionly in refuse
order, by dislike with retaliation on behalf of other staff members. I repeatly ask
sim, Instead officers sims ask his fine on duty to perform privilege, And lounge, & laugh,
and holding criminal conversation back and forth while on duty as security.
officers sims did take fine out his duty to perform these close to inmates acts of laughful
and joking, and passes of extra bread! But Instead with Intents to dis knowly the facts
of medical services needed. This said act were perform 9-23-13 and 9-24-13
Nurse Jane Doe wilson on 9-23-13 Also inform officers sims of said medical issue
prior to 9-24-13. Need treatment to bring up to infirmary, officer sims
did refuse with same Above Act on 9-23-13. Along with pro performance of
not provide adequate Forms (ARP's) when Ask repeatly, only to recd,
in Frustrate complaint-A very acted pratice here At EMCF.

Relief Sought

Disciplinary Action

5 of 5

MAURICE DAWSON #M3508                9-24-13

resubmitt 10-18-13

t M.C.t                 u      " Exhibit "2"

ARP

This IS A Request For Administrative Remedy.

Date of Incident 9-23-13

MAURICE DAWSON   M3508   HUB

Time of Incident 2100 pill call

Place of Incident HUB

Allege complaint refuse of Medical Sick Bservices

sgt westmore did willing refuse in provide medical service, By act of
laziness and intentionly mistreating of the Inmates
Nurse Jane Doe inform sgt westmore several times before the leaving my door
where I'm house on unit 6 segation Segregation Inclosed behind door At All Time
to bring me up to infirnary to be examine and to recd, Flushing of right eye
due to been Assault

- inform nurse Jane doe of situation, In front of sgt westmore of where's I
will be denied Through security, of said order because of The high
everyday rate of unprofession ality here, high esp in laziness and mistreating
mistreating

- repeatly insist to bring to sgt westmore Attention of order give by nurse
with nurse Jane Doe having to repeat several times of same statement
because sgt westmore performance of seem To be under enoronas toxicelson
of Alcohol and other other Substance.
sgt westmore did refuse order to from Nurse Jane Doe, and screams
of medical services by me over A period of Time enter HUB D-Zone

Relief

Disciplinary Action And Test for Alcohol (high level on
Duty) And Drugs
MAURICE DAWSON M3508          9-24-13

4 of 5

resubmitt 10-18-13

Exhibit #3

[redacted] Emt [redacted]

ARP

This IS A Request for Administrative Remedy

Date of Incident 9-23-13

Time of Incident 2100 pill call

Maurice Dawson M3508 HU6

Place of Incident HU6

Alleged complaint refusal of medication

OCT 2013

Nurse Jane Doe refuse to Bring Needed medication with knowledge of having said medication on hand At one point at nursing station Nurse Jane Doe did stated she will bring such medicine Back Nurse Jane Doe never did After desperate painful standing In door crying out To officer for help with no relief due To laziness security ... A ... Nurse Jane Doe did act out of laziness with no remorse, simply because ... This is A common practice here At EMCF with no Discipline

Relief Sought

Disciplinary Action

2 of 5

Maurice Dawson M3508 9-24-13

resubmitt 10-18-13

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**Administrative Remedy Program**          ARP-2

NUMBER  4MCF - 14 - 1443

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: Maurice Drinsley # N3508          4MCF
_____Inmate's Name and DOC#_____          _____Housing Unit_____

FROM: Mr. Little          4MCF
_____Person to whom 1st Step is Directed_____          _____Title/Location_____

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

Please address security issues with security staff
Your claims cannot be substansicated as you refer
to the nurse as "Jane Doe"

O_____ nsa          9-2-14
_____Signature_____          _____Date_____

( ) I am not satisfied with this response and wish to proceed to Step Two. "see Attach sheet"
REASON:

Please stop playing psychological games to This Facle. You are simply design to win, lets not be
ignorant when i give Names who sought not to Assist in Medical Services, whether you took

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

Maurice Drinsley  n3508          9-4-14
_____Inmate's Signature_____ DOC#_____          _____Date_____

**Inmate's - COPY**

EMcF

ARP

This is A Request for Administrative Remedy

Attach sheet To Frist Step EMcF~14-1693    MAURICE DAWSON #M3508

9-4-14

pon your self to address is solely @ your decesion And more between you And
our adm; (in propely direct complaints) same as of why and who sent it to you,
he complaint state what it states, I was refuse of Medication At one point. And I
as refuse of Medical Services At one point, with No doubt which result into
impairment of the right eye, @, due to such acts of Not rec'd proper treatment to the
id eye, I do suffer A loss of vision to the right eye.

the Jane Doe issue in order to get compliance out of staff. Frist ARP must be
dequate, if adm; stop Allowing who and what to do exactly what they wanter without
'y regards of discipline to They Actions. I will be able to obtain "Names" when Ask in
uch a event, This is how bold EMcF staff is Around here (when Ask for Names)
hen They know they are wrong you ask for they Name they simply refuse (Nurse's)
ith secrity staff assist as well. (Its not like when the Nurse's refuse to give his/her
im (I Not ask secrity they simply as well state they dont know either)
he must kidding part about it is secrity staff refuses to even write A UOR wy
The situation. They witness Again psychological games or being played here. Jane Doe
Not hard to identify by date (whats the purpose of dates etc) if you have No Record
(staff duty (time card, time sheet) Then Theres Negligent somewhere (but on the
ther hand it impossible impossible not too to have), (the world surely doesn't work like that
f you tell Me Theres No such record Then Theres Intents of cover-up
n unusual practice

Relief
   Disciplinary Action To The fullest

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF-14-1693

### SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of theappeal of the First Step Response.

Inmate's Name & #:Maurice Dawson #M3508
Location:EMCF

From: **Dr. Abangan**
Title: Doctor

*Bogus*

*Shampoo & Stuff are comfort items — unless there is a medical indication*

*i dont know what this is about. This does not Contain To org ARP file I will not sign b/c Bogus BOGUS*

_____
Signature

_____
9-15-14
Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____        _____
Inmate's Signature DOC # Date

# Tenth Circuit Court District

## State of Mississippi

**Robert W. Bailey, Judge**
Place 1
P.O. Box 1167
Meridian, Mississippi 39302-1167
Office Phone: (601) 482-9741
Fax: (601) 486-4933

**Karen Todd**                    \
Staff Attorney
P.O. Box 1262
Meridian, Mississippi 39302-1262
Office Phone: (601) 486-4922
Fax: (601) 486-4933
Email: karenmtodd@hotmail.com



**Dana D. Wedgworth**
Court Administrator
P.O. Box 1262
Meridian, Mississippi 39302-1262
Telephone: (601) 482-9741
Fax: (601) 486-4933
Email: dwedgworth@lauderdalecounty.org

**Lester F. Williamson, Jr., Judge**
Place 2
P.O. Box 86
Meridian, Mississippi 39302-0086
Office Phone: (601) 482-9742
Fax : (601) 486-4933

**Jessica L. Massey**
Law Clerk
P.O. Box 1262
Meridian, Mississippi 39302-1262
Office Phone: (601) 482-8761
Email: jmassey@lauderdalecounty.org

August 5, 2013

Maurice Dawson, #M3508
E.M.C.F.
10641 Hwy 80 West
Meridian, MS  39307

RE:    March 3, 2013 ARP

Dear Mr. Dawson:

The enclosed documents are being returned to you unfiled.  The Court has previously considered the March 3, 2013 ARP and as explained, your request for judicial review is untimely. *See Wilde v. Mississippi Dept. of Corrections*, 88 So.3d 792, 794 (¶5) (Miss. Ct. App. 2012), *see also Easley v. Roach*, 879 So.2d 1041, 1043 (¶4) (Miss. 2004).

Please also be advised that pursuant to Miss. Code Ann. § 47-5-76(1) "the department shall not pay the costs of court if the inmate has on <u>three (3) or more prior occasions</u>, while incarcerated, brought an action or appeal that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted." (emphasis added).

You currently have three separate civil actions pending in this Court in which you were allowed to proceed *in forma pauperis*.  Miss. Code Ann. § 47-5-76(2) provides, in part:  "An inmate who proceeds *in forma pauperis* in a civil action <u>shall pay twenty percent (20%) per month of the funds in his or her inmate account</u> to the Department of Corrections until all filing fees and costs of his or her litigation are paid to the department. The department <u>may withdraw such funds automatically from the account of any inmate permitted a civil filing as a pauper</u>." (emphasis added). <mark>You are no longer eligible for pauper status in this Court.</mark>  If you voluntarily withdraw or dismiss any of the lawsuits now pending before final disposition,

your application for leave to proceed *in forma pauperis* may be reconsidered. Otherwise, you must prepay all court costs and fees before commencing any further civil litigation in this Court, unless there is substantial credible evidence that you are under threat of serious imminent physical danger.

Thank you for your attention in this matter.

Sincerely,

Robert W. Bailey, Circuit Judge

enclosure

# Tenth Circuit Court District
## State of Mississippi



**Robert W. Bailey, Judge**
Place 1
P.O. Box 1167
Meridian, Mississippi 39302-1167
Office Phone: (601) 482-9741
Fax: (601) 486-4933

**Karen Todd**
Staff Attorney
P.O. Box 1262
Meridian, Mississippi 39302-1262
Office Phone: (601) 486-4922
Fax: (601) 486-4933
Email: karenmtodd@hotmail.com



**Dana D. Wedgworth**
Court Administrator
P.O. Box 1262
Meridian, Mississippi 39302-1262
Telephone: (601) 482-9741
Fax: (601) 486-4933
Email: dwedgworth@lauderdalecounty.org

**Lester F. Williamson, Jr., Judge**
Place 2
P.O. Box 86
Meridian, Mississippi 39302-0086
Office Phone: (601) 482-9742
Fax : (601) 486-4933

**Jessica L. Massey**
Law Clerk
P.O. Box 1262
Meridian, Mississippi 39302-1262
Office Phone: (601) 482-8761
Email: jmassey@lauderdalecounty.org

September 9, 2013

Maurice Dawson, #M3508
E.M.C.F.
10641 Hwy 80 West
Meridian, MS 39307

RE:   Enclosed Petitions for Relief

Dear Mr. Dawson:

The enclosed documents are being returned to you unfiled. As the Court has previously explained to you in its letter dated August 5, 2013, you are no longer eligible to proceed in any new civil action in this Court as a pauper. *See* Miss. Code Ann. § 47-5-76(1). If you wish to proceed in this Court with any future civil actions, you must prepay all court costs and fees unless you provide substantial credible evidence of serious imminent physical danger.

Thank you for your attention in this matter.

Sincerely,

Robert W. Bailey, Circuit Judge

enclosure

Maurice Dawson M3508

2MCF 1-C-115

10641 Hwy 80 w

Meridian, MS 39307

Circuit Court Clerk

P.O. Box 1262

Meridian, MS

39302

RE: Maurice Dawson

V. Nurse Jane Doe; Sgt

westmore; Nurse Jones; Nurse

Wilson; ofc Sims

CASE NO. _____

Please find enclosed ① Motion

_____, to be filed in your usual manner.

Please send me a copy of the front page(s) stamed

Filed _____ for my files. THANK YOU!!...

Respectfully Submitted,

MAurice DAWSON

10 / 7 / 14

TODAY'S DATE

ENCLOSURE(S)

IN THE 10th DISTRICT CIRCUIT COURT
OF LAUDERDALE COUNTY          , MISSISSIPPI


Maurice Dawson                          PETITIONER

V.                              CAUSE NO._____

Nurse Jane Doe; Sgt.                    DEFENDANT(S)
westmore; Nurse Jones;
Nurse wilson; Ofc. Sims;
in their official and
individual capacity; et al  NOTICE OF MOTION(S)

        COMES NOW, the Petitioner, Pro Se,
Maurice DAWSON    , in the above styled and numbered
cause and would bring forth for hearing this his
Motion To Appeal Order Denying In Forma to be heard at
a time and place to be set by this Honorable Court.
This the ___7___ day of __Oct_____ , _14_.

                         Respectfully Submitted,
            Petitioner: MAURICE DAWSON
            Address: EMCF 1-C-145
                     10641 Hwy 80 w
                     meridian, MS 39307

IN THE TENTH CIRCUIT COURT
DISTRICT OF LAUDERDALE CO., MISS

Maurice Dawson                          PLAINTIFF

V.                               CIVIL ACTION No._____
                                 _____

                                        DEFENDANTS

Nurse Jane Doe; Sgt.
Westmore; Nurse Jones;
Nurse Wilson; Ofc. Sims;
in their official and
individual capacity; et al

## MOTION TO Appeal ORDER DENYING IN FORMA PAUPERIS PUSUANT TO Miss. Code Ann. 47-5-76(2)

COMES NOW, Plaintiff, pro se, and
files this his Motion TO APPEAL ORDER DENYING
IN FORMA PAUPERIS PURSUANT TO MISS. CODE

PG 1 of 4

Ann. § 47-5-76(2) and in support would show unto this Honorable Court the following to-wit:

## I.

That Plaintiff is incarcerated in the custody of Mississippi Department of Corrections (MDOC) and has been since the _7_ day of _Oct_, _2014_.

## II.

That the Plaintiff is a layman to the law and unable to comprehene legal terms, statues, and/or Case law. Plaintiff had to take advise from an inmate who was supposed to be fluent with the law and legal documents filings. Plaintiff has no other available source for help so he has been mis-led in the proper steps to take in his filing of his civil suit pertaining medical services denial.

## III.

Plaintiff was trying to present a complex document to the Court with his limited Knowledge, in

PG 2 of 4

caused him to acure three strikes and baned him from proceeding In Forma Pauperis. His case was not frivolous or without claim, but he mistook "Order New Case" to mean that he was supposed to go back to the Facility ARP procedure again. When he asked law library assistance about it, he was told that he had to do nothing but sit back and wait on the courts.

## IV.

That the above foregoing facts shows that the plaintiff is ignorant to legal proceedings and had been misled by the ~~only~~ only person he was able to trust. Plaintiff should be granted to resubmit his case and In Forma Pauperis Affidavit and allow to proceed. Courts shoulddn't disqualify a inmate due to his ignorance of the law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff regretfully prays this Honorable Court enter

PG 3 of 4

an order to allow plaintiff to proceed In
Forma Pauperis and not hold his ignorance
against him.

Respectfully Submitted

Maurice Dawson

Maurice Dawson M3508

# CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via U.S. Mail, postage paid, a true and correct copy of the above and foregoing Document(s) to:

Circuit Court Clerk

P.O. Box 1262

Meridian, MS

39302

SO CERTIFIED, this the 7 day of
OCt _____, 20 14 .

MAURICE DAWSON  /M3508
PETITIONER/MDOC#
10641 Hwy 80 w
Address
Meridian, Ms 39307
Address

Complaint

## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

**USDC**
**501 E COURT STREET**
**JACKSON, MS 39201**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SO CERTIFIED, this the ___7___ day of ___Oct_____, 20 _14_ .

_MAuricE DAwsOn_
Petitioner
_M3508_
MDOC #
_East Mississippi Correctional_
Address                    _meridian Ms_
_Facility 10641 Hwy 80 west 39307_
Address